1 1HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2 ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
3 Designated Counsel for Service
2300 Tulare Street, Suite 330
4 Fresno, California 93721-2226
Telephone: (559) 487-5561
5
Counsel for Defendant
6 DAVID ALLEN CHITURAS

7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )  No. 1:00-cr-05240 AWI
                                        )  No. 1:01-cr-05081 AWI
12                 *Plaintiff,*          )
                                        )
13   vs.                                )  **STIPULATION TO CONTINUE**
                                        )  **DISPOSITION, [PROPOSED] ORDER**
14   DAVID ALLEN CHITURAS,              )  **THEREON**
                                        )
15                 *Defendant.*          )  Date:   January 25, 2016
                                        )  Time:   10:00 a.m.
16   _____)  Judge:  Hon. Anthony W. Ishii

17

18         IT IS HEREBY STIPULATED by and between the parties hereto through their respective

19   counsel, KEVIN P. ROONEY, Assistant United States Attorney, counsel for plaintiff, and ERIC

20   V. KERSTEN, Assistant Federal Defender, counsel for defendant, David Allen Chituras, that the

21   date for disposition may be continued to January 25, 2016 a.m., or the soonest date thereafter

22   convenient to the court. Disposition is currently scheduled for January 11, 2016.

23         Defense counsel was out of the office over the holidays and returned January 4, 2016.

24   Because Mr. Chituras is housed at Lerdo, counsel was not able to review the Dispositional

25   Memorandum prepared by the United States Probation Office with Mr. Chituras prior to January

26   6, 2016.  This continuance is requested to allow time for the defense to prepare a response to the

27   Dispositional Memorandum.

28         The parties agree that any delay resulting from the continuance shall be excluded as

necessary for effective defense preparation and continuity of counsel pursuant to 18 U.S.C.§§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: January 7, 2016          By:

/s/ Kevin p. Rooney
KEVIN P. ROONEY
Assistant U. S. Attorneys
Counsel for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: January 7, 2016          By:     /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Counsel for Defendant
DAVID ALLEN CHITURAS

O R D E R

IT IS SO ORDERED. Based on the stipulation of counsel and for good cause, it is ORDERED that the Sentencing on Supervised Release Violation hearing in this matter is continued from January 11, 2016, to January 25, 2016, at 10:00 a.m.. The court further finds that the ends of justice served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Speedy Trial Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A). The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   January 7, 2016          _____

SENIOR  DISTRICT  JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28